COLUMBIA BANK, Respondent, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

*Columbia Bank* v. *American Surety Co.*, 84 App. Div. 487, affirmed. (Argued May 10, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Stillman F. Kneeland* and *Henry C. Willcox* for appellant.

*Julius J. Frank* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.